IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| REBECCA DERNOVISH & ALEX WELCH, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:09-cv-00015-ODS ) |
| AT&T OPERATIONS, INC. (f/k/a SBC Operations, Inc., f/k/a Southwestern Bell Communications, Inc.), | ) ) ) ) ) |
| Defendant. | ) |

## AT&T'S MOTION TO RECONSIDER
## ISSUE OF INDIVIDUALIZED DISCOVERY

AT&T Operations, Inc. ("Defendant" or "AT&T") moves this Court to reconsider its June 8, 2010 Order (Doc. 203), which effectively denies AT&T the right to conduct individualized discovery of the opt-in plaintiffs in order to gather the evidence necessary to oppose Plaintiffs' claims and sustain its defenses. In support of this motion, AT&T incorporates its contemporaneously-filed Suggestions in Support of Motion to Reconsider Issue of Individualized Discovery ("Suggestions in Support") as if fully set forth herein.

For these reasons and those set forth in the Suggestions in Support, AT&T moves this Court to reconsider its June 8, 2010 Order and to order the opt-in plaintiffs to individually respond to AT&T's Interrogatories and Requests for Production.

Respectfully submitted,

s/Patrick F. Hulla
Patrick F. Hulla, #41745
Stacy M. Bunck, #53229
Tracey F. George, #52361
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4717 Grand Avenue, Suite 300
Kansas City, Missouri 64112
816-471-1301
816-471-1303 (*Facsimile*)
patrick.hulla@ogletreedeakins.com
stacy.bunck@ogletreedeakins.com
tracey.george@ogletreedeakins.com

Danuta Bembenista Panich, #3121980 (Illinois)
Christopher C. Murray, #26221-49 (Indiana)
Robert F. Seidler, #74178 (Ohio)
All *admitted pro hac vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
317-916-1300
317-916-9076 (*Facsimile*)
danuta.panich@ogletreedeakins.com
christopher.murray@ogletreedeakins.com
robert.seidler@ogletreedeakins.com

Paula Finlay Luepke, #41152
Mimi B. MacDonald, #37606
AT&T Services, Inc.
One AT&T Center
Room 3566
St. Louis, MO 63101
314-235-2322
314-247-0881 *(Facsimile)*
paula.luepke@att.com
mimi.macdonald@att.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of July, 2010, I electronically submitted the foregoing to the Clerk of the Court with notification of such filing by electronic mail to the following:

George A. Hanson
Richard M. Paul III
Lee R. Anderson
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO  64112
816-714-7100
816-714-7101  *(Facsimile)*
hanson@stuevesiegel.com
paul@stuevesiegel.com
lehr@stuevesiegel.com

                                       s/ Patrick F. Hulla
                                       ATTORNEY FOR DEFENDANT

8888217.1 (OGLETREE)